459 A.2d 32

Commonwealth v. Peterson, Appellant.

Petition for Allowance of Appeal
Denied July 20, 1983.

Submitted October 19, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

459 A.2d 32

Commonwealth v. Reynolds, Appellant.

Submitted November 15, 1982. Neil Carver, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.